# United States District Court

Eastern District of California
Robert T. Matsui United States Courthouse
501 "I" Street, Suite 14-230
Sacramento, California 95814
(916) 930-4090

Chambers of
**David F. Levi**
Chief Judge

SELF INITIATED AMENDMENT

RECEIVED
2007 MAY 30 A 10: 45
FINANCIAL DISCLOSURE OFFICE

May 25, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

    Re: Amendment to 2006 Financial Disclosure Report for David F. Levi

Dear Committee:

    Enclosed is an amendment to my Financial Disclosure Report for 2006. The additional inclusion is under Section IV of Reimbursements.

| Source | Description |
|---|---|
| The American Law Institute | December 6-8, 2006<br>Travel for Council Meeting |

    If you have any questions, please feel free to contact me at (916) 930-4090.

    Thank you.

Sincerely,



DAVID F. LEVI
United States District Judge

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) LEVI, DAVID F | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. COURT HOUSE 501 I STREET SACRAMENTO, CALIFORNIA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | ████RUST #1 |
| 2. TRUSTEE | ████TRUST #6 |
| 3. BENEFICIARY - NANCY | HARRIS IRA |
| 4. BENEFICIARY - DAVID | WELLS FARGO IRA |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 1:56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 01/2006 | JAMES PUBLISHING CO., ROYALTY | $ 2,205 |
| 2. 12/2006 | UNIVERSITY OF CHICAGO - ROYALTY | $ 345 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. HARVARD LAW SCHOOL | 3/19 - 3/22 TRAVEL FOR AMES SEMI FINAL MOOT COURT COMPETITION |
| 2. UNIVERSITY OF TEXAS AT AUSTIN | 4/7 - 4/8 TRAVEL FOR DEANSHIP INTERVIEWS |
| 3. UNIVERSITY OF TEXAS AT AUSTIN | 4/17 - 4/18 TRAVEL FOR DEANSHIP INTERVIEWS |
| 4. UNIVERSITY OF TEXAS AT AUSTIN | 4/26 - 4/27 TRAVEL FOR DEANSHIP INTERVIEWS |
| 5. TAMPA BAY FEDERAL BAR ASSOCIATION | 5/31 - 6/2 TRAVEL FOR SEMINAR REGARDING FEDERAL SENTENCING GUIDELINES |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

| | | |
|---|---|---|
| 6. | AMERICAN LAW INSTITUTE | 10/12 - 10/14 TRAVEL FOR ATTENDANCE AT AGGREGATE LITIGATION MEETING |
| 7. | DUKE LAW SCHOOL | 10/27 - 10/28 TRAVEL FOR DEANSHIP INTERVIEWS |
| 8. | DUKE LAW SCHOOL | 12/2 - 12/6 TRAVEL FOR DEANSHIP INTERVIEWS |
| 9. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS - COMMON | C | Dividend | M | T | BUY | 02/16 | L | | |
| 2. AMGEN INC (X) | | None | L | T | BUY | 11/13 | L | | |
| 3. ABN AMRO M.M. | D | Dividend | M | T | | | | | |
| 4. AFFILIATED COMP. SVCS. - COMMON | | None | | | SALE | 05/11 | M | E | |
| 5. APACHE CORP COMMON | A | Dividend | L | T | PARTIAL SALE | 02/16 | K | E | |
| 6. APPLE INC (X) | | None | L | T | BUY | 11/13 | L | | |
| 7. BP AMOCO PLC ADR - COMMON | D | Dividend | N | T | | | | | |
| 8. ALEXANDRIA REAL EST EQUITIES - COMMON | D | Dividend | N | T | PARTIAL SALE | 03/22 | K | E | |
| 9. C H ROBINSON WORLDWIDE - COMMON | D | Dividend | N | T | PARTIAL SALE | 03/22 | K | E | |
| 10. C H ROBINSON WORLDWIDE - COMMON | | | | | PARTIAL SALE | 07/11 | J | D | |
| 11. CAREMARK RX INC. | A | Dividend | L | T | | | | | |
| 12. CISCO SYSTEMS INC | | None | M | T | | | | | |
| 13. COCA COLA CO. - COMMON | B | Dividend | L | T | | | | | |
| 14. COSTCO WHSL CORP | A | Dividend | K | T | | | | | |
| 15. CYPRESS BIOSCIENCES | | None | K | T | BUY | 02/16 | K | | |
| 16. DE KALB CNTY IL UNIT SCH DIST 424 | | None | N | T | | | | | |
| 17. DELL INC | | None | | | SALE | 05/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DONNELLY & SONS, R.R. | A | Dividend | | | SALE | 05/05 | L | D | |
| 19. FEDERAL HOME LOAN BANKS CONS BONDS (X) | C | Interest | M | T | BUY | 08/07 | M | | |
| 20. FEDERAL HOME LN MTG CORP | D | Interest | M | T | | | | | |
| 21. FORTUNE BRANDS INC | B | Dividend | M | T | | | | | |
| 22. FRANKLIN STR PPTYS (X) | D | Dividend | M | T | BUY | 03/28 | M | | |
| 23. GENERAL DYNAMICS CORP COMMON | C | Dividend | M | T | | | | | |
| 24. GENERAL ELECTRIC (X) | B | Dividend | M | T | BUY | 09/18 | M | | |
| 25. GILEAD SCIENCES INC - COMMON | | None | M | T | | | | | |
| 26. GOLDMAN SACHS GROUP | B | Dividend | M | T | | | | | |
| 27. INTERNATIONAL BUS. MACH. - COMMON | B | Dividend | M | T | | | | | |
| 28. IOWA TELECOM SRVCS | D | Dividend | L | T | PARTIAL SALE | 08/04 | L | D | |
| 29. IOWA TELECOM SRVCS | | | | | PARTIAL SALE | 08/07 | K | C | |
| 30. JOHNSON & JOHNSON COMMON | B | Dividend | L | T | | | | | |
| 31. JPMORGAN CHASE - COMMON | C | Dividend | M | T | | | | | |
| 32. KINDER MORGAN LLC | | None | L | T | | | | | |
| 33. MARATHON OIL CORP - COMMON | C | Dividend | | | PARTIAL SALE | 02/16 | L | E | |
| 34. MARATHON OIL CORP - COMMON | | | | | SOLD | 07/11 | N | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MAXIM INTEGRATED PROD | A | Dividend | K | T | | | | | |
| 36. METLIFE, INC. - COMMON | B | Dividend | M | T | | | | | |
| 37. PASADENA CA UNI SCH MUNI BOND | D | Interest | M | T | | | | | |
| 38. PUBLIC STORAGE INC | B | Dividend | | | SOLD | 10/31 | K | | |
| 39. PUBLIC STORAGE INC (X) | A | Interest | K | T | BUY | 11/01 | K | | |
| 40. QUEST DIAGNOSTICS INC | A | Dividend | L | T | | | | | |
| 41. ROCKWELL COLLINS INC (X) | B | Dividend | M | T | BUY | 02/16 | M | | |
| 42. ROCKWELL COLLINS INC (X) | | | | | BUY | 03/22 | L | | |
| 43. SMITH INTERNATIONAL | A | Dividend | K | T | | | | | |
| 44. STERICYCLE INC | | None | M | T | | | | | |
| 45. TYCO INTL LTD COMMON | A | Dividend | - | | SOLD | 02/08 | M | E | |
| 46. UTICA MI CMNTY SCHS MUNI. BOND | D | Interest | N | T | | | | | |
| 47. WACHOVIA PFD FDG CORP | D | Dividend | L | T | | | | | |
| 48. WATSCO INC (X) | B | Dividend | M | T | BUY | 08/04 | N | | |
| 49. WATSCO INC (X) | | | | | PARTIAL SALE | 10/11 | L | B | |
| 50. WATSCO INC (X) | | | | | PARTIAL SALE | 11/13 | L | D | |
| 51. WILL COUNTY ILL CMTY UTD (X) | | None | M | T | BUY | 05/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ZEBRA TECHNOLOGIES | | None | | | SOLD | 11/13 | K | | |
| 53. ZIONS CAP TR B CAP SECS | C | Dividend | L | T | | | | | |
| 54. | | | | | | | | | |
| 55. AMERICAN INT'L GROUP - COMMON | A | Dividend | K | T | | | | | |
| 56. BOSTON SCIENTIFIC CORP | | None | | | SOLD | 05/22 | J | | |
| 57. BP AMOCO PLC -ADR | A | Dividend | J | T | | | | | |
| 58. BRISTOL MYERS SQUIBB CO - COMMON | A | Dividend | J | T | | | | | |
| 59. CBS CORP - CL B (X) | | None | | | BUY | 01/03 | J | | |
| 60. CBS CORP - CL B (X) | | | | | SOLD | 03/15 | J | | |
| 61. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 62. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 63. CITIGROUP INC - COMMON | B | Dividend | K | T | BUY | 03/15 | J | | |
| 64. COLGATE PALMOLIVE CO (X) | A | Dividend | J | T | BUY | 09/01 | J | | |
| 65. DELL INC | | None | K | T | BUY | 01/10 | J | | |
| 66. DELL INC | | | | | BUY | 07/21 | J | | |
| 67. DIAGEO PLC - ADR (X) | A | Dividend | J | T | BUY | 12/11 | J | | |
| 68. E M C CORP | | None | | | PART SALE | 01/10 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   E M C CORP | | | | | SOLD | 05/22 | J | | |
| 70.   ELI LILLY & CO - COMMON | A | Dividend | J | T | | | | | |
| 71.   ENERGY SELECT | A | Dividend | J | T | | | | | |
| 72.   FANNIE MAE COMMON | A | Dividend | K | T | | | | | |
| 73.   FIRST DATA CORP COMMON | A | Dividend | J | T | | | | | |
| 74.   GENERAL ELECTRIC COMMON | D | Dividend | N | T | | | | | |
| 75.   ILLINOIS TOOL WORKS INC - COMMON | A | Dividend | J | T | | | | | |
| 76.   INTEL CORP - COMMON | A | Dividend | K | T | | | | | |
| 77.   INTERNATIONAL BUS. MACH. - COMMON | A | Dividend | | | SOLD | 12/01 | K | B | |
| 78.   ISHARES MSCI EAFE INDEX FUND (X) | A | Dividend | K | T | BUY | 05/22 | K | | |
| 79.   ISHARES MSCI EAFE INDEX FUND (X) | | | | | BUY | 12/01 | J | | |
| 80.   JOHNSON & JOHNSON COMMON | A | Dividend | J | T | BUY | 03/15 | J | | |
| 81.   JP MORGAN CHASE & CO - COMMON | A | Dividend | K | T | BUY | 03/15 | J | | |
| 82.   KEYCORP | A | Dividend | K | T | BUY | 03/15 | J | | |
| 83.   KOHL'S CORP - COMMON | | None | K | T | PARTIAL SALE | 09/01 | J | A | |
| 84.   LASALLE BANK N.A. - INVESTED RESERVES | A | Interest | J | T | | | | | |
| 85.   MEDTRONIC INC - COMMON | A | Dividend | K | T | BUY | 08/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MICROSOFT CORP - COMMON | | None | | | SOLD | 02/14 | K | | |
| 87. MOLEX INC. - COMMON | A | Dividend | K | T | BUY | 12/01 | J | | |
| 88. PEPSICO INC - COMMON | A | Dividend | J | T | | | | | |
| 89. PFIZER INC - COMMON | A | Dividend | | | SOLD | 12/06 | J | | |
| 90. TEVA PHARM IND - ADR | A | Dividend | J | T | | | | | |
| 91. TIME WARNER INC | A | Dividend | J | T | | | | | |
| 92. UNITED TECHNOLOGIES CORP - COMMON | A | Dividend | K | T | | | | | |
| 93. VIACOM INC CLASS B - COMMON | | None | J | T | | | | | |
| 94. VODAFONE GROUP PLC UK | A | Dividend | K | T | PARTIAL SALE | 08/01 | J | | |
| 95. WALGREEN CO - COMMON | A | Dividend | J | T | | | | | |
| 96. WESTERN UNION CO (X) | A | Dividend | J | T | BUY | 10/02 | J | | |
| 97. ZIMMER HOLDINGS INC (X) | | None | K | T | BUY | 03/15 | J | | |
| 98. ZIMMER HOLDINGS INC (X) | | | | | BUY | 12/11 | J | | |
| 99. | | | | | | | | | |
| 100. WELLS FARGO BANK - CHECKING SACRAMENTO | A | Interest | K | T | | | | | |
| 101. WELLS FARGO BANK - MM SACRAMENTO | | None | | | SOLD | 01/01 | J | | |
| 102. ███████ RANCH PARTNERSHIP, L.P. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. TRUST #1 CONSISTING OF: | | | | | | | | | |
| 105. ABN AMRO M.M. | C | Dividend | N | T | | | | | |
| 106. COOK CNTY ILL BOND | F | Interest | | | SOLD | 12/01 | M | A | |
| 107. BIOMET INC | | None | | | SOLD | 03/13 | L | | |
| 108. CANADIAN PAC LTD | A | Dividend | M | T | PARTIAL SALE | 03/22 | K | D | |
| 109. CISCO SYSTEMS INC | | None | L | T | | | | | |
| 110. COSTCO WHSL CORP - COMMON | A | Dividend | K | T | | | | | |
| 111. DELL INC | | None | | | SOLD | 05/15 | J | | |
| 112. DEVON ENERGY CORP | | None | | | PARTIAL SALE | 01/10 | L | E | |
| 113. DEVON ENERGY CORP | | None | | | SOLD | 02/16 | L | E | |
| 114. DONNELLY & SONS, R. R. | A | Dividend | | | SOLD | 05/05 | K | C | |
| 115. GENERAL DYNAMICS | A | Dividend | L | T | | | | | |
| 116. GENERAL ELECTRIC CO | C | Dividend | M | T | | | | | |
| 117. GOLDMAN SACHS GROUP | A | Dividend | L | T | | | | | |
| 118. IOWA TELECOMM | C | Dividend | K | T | | | | | |
| 119. JP MORGAN CHASE | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. LASALLE HOTEL PPTYS PFD (X) | B | Dividend | K | T | BUY | 02/21 | K | | |
| 121. NORTHERN TRUST CORP | A | Dividend | K | T | | | | | |
| 122. POZEN (X) | | None | | | BUY | 03/23 | K | | |
| 123. POZEN (X) | | | | | BUY | 03/24 | K | | |
| 124. POZEN (X) | | | | | SOLD | 06/13 | K | | |
| 125. 3M COMPANY | B | Dividend | M | T | BUY | 03/22 | L | | |
| 126. SMITH INTL | A | Dividend | K | T | | | | | |
| 127. WYETH - COMMON | B | Dividend | L | T | | | | | |
| 128. ZEBRA TECHOLOGIES (X) | | None | L | T | BUY | 02/16 | L | | |
| 129. ZEBRA TECHOLOGIES (X) | | | | | BUY | 06/13 | K | | |
| 130. | | | | | | | | | |
| 131. TRUST #6 CONSISTING OF: | | | | | | | | | |
| 132. ABN-AMRO IPMM | B | Dividend | K | T | | | | | |
| 133. AFFILIATED COMP SVCS | | None | | | SOLD | 05/11 | J | A | |
| 134. ALEXANDRIA REALTY | B | Dividend | K | T | | | | | |
| 135. APACHE CORP | A | Dividend | J | T | PARTIAL SALE | 01/10 | J | C | |
| 136. BIOMET INC | | None | | | SOLD | 06/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,901 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CANADIAN PAC LTD | A | Dividend | | | SOLD | 11/13 | L | E | |
| 138. CAREMARK RX INC | | None | | | SOLD | 04/26 | J | C | |
| 139. CYPRESS BIOSCIENCES | | None | K | T | | | | | |
| 140. C.H. ROBINSON | A | Dividend | | | SOLD | 04/27 | K | E | |
| 141. CISCO SYSTEMS INC | | None | L | T | BUY | 03/22 | K | | |
| 142. COSTCO WHSL CORP | A | Dividend | J | T | | | | | |
| 143. DEVON ENERGY CORP | | None | | | SOLD | 02/16 | J | D | |
| 144. DONNELLY & SONS, R.R. | A | Dividend | | | SOLD | 05/05 | K | C | |
| 145. EURONET WORLDWIDE (X) | | None | K | T | BUY | 11/13 | K | | |
| 146. GENERAL DYNAMICS | A | Dividend | K | T | | | | | |
| 147. HANOVER COMPRESSOR | | None | . | | SOLD | 01/10 | J | A | |
| 148. IBM - COMMON | A | Dividend | L | T | | | | | |
| 149. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 150. JP MORGAN CHASE | A | Dividend | K | T | | | | | |
| 151. MARATHON OIL GROUP | A | Dividend | J | T | | | | | |
| 152. MATTHEWS INTL FDS INDIA FDS (X) | | None | L | T | BUY | 06/14 | K | | |
| 153. MATTHEWS INTL FDS INDIA FDS (X) | | | | | BUY | 10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PUBLIC STORAGE INC PFD SER S | A | Dividend | | | SOLD | 10/31 | J | | |
| 155. PUBLIC STORAGE INC PFD SER L (X) | A | Dividend | J | T | BUY | 11/01 | J | | |
| 156. ROCKFORD IL SCH DIST 205 MUNI BOND | A | Interest | K | T | | | | | |
| 157. SMITH INTERNATIONAL (X) | A | Dividend | J | T | BUY | 01/10 | J | | |
| 158. STERICYCLE INC | | None | | | SOLD | 10/11 | J | C | |
| 159. 3M COMPANY | A | Dividend | K | T | | | | | |
| 160. TYCO INTL LTD | A | Dividend | | | SOLD | 02/08 | K | A | |
| 161. WILL CNTY IL CMTY UTD SD (X) | | None | L | T | BUY | 05/15 | L | | |
| 162. ZIONS CPA TR PFD SER B | A | Dividend | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. ABBOTT LABS - COMMON | A | Dividend | | | BUY | 03/22 | K | | |
| 165. ABBOTT LABS - COMMON | | | | | SOLD | 06/13 | L | E | |
| 166. ABN AMRO MM | D | Dividend | M | T | | | | | |
| 167. AFFILIATED COMP SVCS (X) | | None | | | BUY | 04/26 | L | | |
| 168. AFFILIATED COMP SVCS (X) | | | | | SOLD | 05/11 | L | | |
| 169. APACHE CORP - COMMON | A | Dividend | | | PARTIAL SALE | 03/27 | K | E | |
| 170. APACHE CORP - COMMON | | | | | SOLD | 07/14 | M | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BP PLC - COMMON | C | Dividend | L | T | | | | | |
| 172. CANADIAN PAC LTD | A | Dividend | | | SOLD | 11/13 | L | E | |
| 173. COLONIAL CAP TR III GTD PFD SECS | D | Dividend | L | T | | | | | |
| 174. CAREMARK RX INC. | B | Dividend | M | T | PARTIAL SALE | 11/13 | K | E | |
| 175. CISCO SYSTEMS INC | | None | J | T | | | | | |
| 176. COOK CNTY IL BOND | E | Interest | | | SOLD | 12/01 | L | A | |
| 177. COSTCO WHSL. CORP. COMMON | B | Dividend | M | T | | | | | |
| 178. CVS CORP - COMMON | B | Dividend | N | T | | | | | |
| 179. DELL INC | | None | | | SOLD | 05/15 | K | | |
| 180. DEVON ENERGY CORP | | Dividend | | | PARTIAL SALE | 01/10 | L | E | |
| 181. DEVON ENERGY CORP | | | | | SOLD | 02/16 | L | E | |
| 182. DONNELLY & SONS, R.R. | A | Dividend | | | SOLD | 05/05 | L | C | |
| 183. EURONET WORLDWIDE (X) | | None | L | T | BUY | 11/13 | L | | |
| 184. FORTUNE BRANDS INC | B | Dividend | M | T | BUY | 08/04 | L | | |
| 185. FRESNO CA UNI SCH DIST BONDS SER G | C | Interest | M | T | | | | | |
| 186. GENERAL ELECTRIC CO - COMMON | D | Dividend | M | T | | | | | |
| 187. GOODRICH CORP (X) | A | Dividend | M | T | BUY | 11/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. GRAINGER W W INC (X) | A | Dividend | | | BUY | 03/23 | M | | |
| 189. GRAINER W W INC (X) | | | | | SOLD | 08/04 | M | | |
| 190. HANOVER COMPRESSOR CO CONVERTIBLE BONDS | D | Interest | M | T | | | | | |
| 191. INTUITIVE SURGICAL (X) | | None | | | BUY | 03/23 | L | | |
| 192. INTUITIVE SURGICAL (X) | | | | | SOLD | 06/13 | L | | |
| 193. JOHNSON & JOHNSON - COMMON | A | Dividend | K | T | | | | | |
| 194. JP MORGAN CHASE | B | Dividend | L | T | | | | | |
| 195. KINDER MORGAN LLC | | None | L | T | | | | | |
| 196. LASALLE HOLTEL PPTYS PFD (X) | D | Dividend | L | T | BUY | 02/25 | L | | |
| 197. MARATHON OIL GROUP | B | Dividend | L | T | | | | | |
| 198. MATTHEWS INTL FDS DRAGON CHINA I (X) | A | Interest | M | T | BUY | 06/14 | K | | |
| 199. MATTHEWS INTL FDS DRAGON CHINA I (X) | | | | | BUY | 09/19 | K | | |
| 200. MATTHEWS INTL FDS DRAGON CHINA I (X) | | | | | BUY | 10/13 | K | | |
| 201. MATTHEWS INTL FDS INDIA FDS (X) | | None | K | T | BUY | 09/19 | K | | |
| 202. METLIFE, INC. - COMMON | B | Dividend | M | T | | | | | |
| 203. NORTHERN TRUST CORP | C | Dividend | M | T | | | | | |
| 204. PLEASANT VALLEY CALIF SD | A | Interest | M | T | BUY | 07/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VENTURA CNTY (X) | | | | | | | | | |
| 205. POZEN (X) | | None | M | T | BUY | 03/23 | K | | |
| 206. POZEN (X) | | | | | BUY | 03/24 | K | | |
| 207. POZEN (X) | | | | | BUY | 08/02 | K | | |
| 208. POZEN (X) | | | | | BUY | 08/04 | L | | |
| 209. PROCTER GAMBLE | C | Dividend | M | T | | | | | |
| 210. PUBLIC STORAGE INC PFD | D | Dividend | | | SOLD | 10/31 | L | | |
| 211. PUBLIC STORAGE INC PFD | B | Dividend | L | T | BUY | 11/01 | L | | |
| 212. QUEST DIAGNOSTICS INC | A | Dividend | M | T | | | | | |
| 213. SMITH INTERNATIONAL | B | Dividend | M | T | PARTIAL SALE | 07/11 | L | E | |
| 214. STERICYCLE INC. | | None | M | T | | | | | |
| 215. TYCO INTL LTD | A | Dividend | | | SOLD | 02/08 | K | | |
| 216. WEST VIRGINA ST MUNI BOND | D | Interest | N | T | | | | | |
| 217. WYETH | B | Dividend | L | T | | | | | |
| 218. ZEBRA TECHNOLOGIES | | None | M | T | | | | | |
| 219. ZIONS CAP TR PFD | D | Dividend | L | T | | | | | |
| 220. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. WELLS FARGO CHECKING | | None | | | SOLD | 01/01 | J | | |
| 222. WELLS FARGO INDEXED SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 223. | | | | | | | | | |
| 224. HARRIS IRA | A | Interest | J | T | | | | | |
| 225. | | | | | | | | | |
| 226. WELLS FARGO IRA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,001,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                        Date  5/11/2007

NOTE:                                                      AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544